UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 06-4699-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Kenneth Ruff and<br>Barbara Ruff,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, KENNETH RUFF AND BARBARA RUFF, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated this 12th day of January, 2009.

_____
J. FRANKLIN LONG
Counsel for Plaintiffs,
Kenneth Ruff and Barbara Ruff
Law Offices of J. Franklin Long
727 Bland Street
Bluefield, WV 24701
(304) 327-5544 Phone
(304) 325-8854 Facsimile
joe@jfranklinlong.com E-mail Address

-1-

Dated this ___14th___ day of ___May___, 2009.

DLA PIPER (US) LLP

By: _____
MICHELLE W. SADOWSKY
Attorneys for Defendants
DLA Piper (US) LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(212) 783-3755 Phone
(212) 783-3785 Facsimile
michelle.sadowsky@dldapiper.com E-mail Address

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated this ___19th___ day of ___May___, 2009.

_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

-2-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**